DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**TIERRA WESTBROOK,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-1823

[December 19, 2019]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Elizabeth Anne Scherer, Judge; L.T. Case No. 15-000004CF10A.

Tierra Westbrook, Ocala, pro se.

Ashley Moody, Attorney General, Tallahassee, Georgina Jimenez-Orosa, Senior Assistant Attorney General, and Allan R. Geesey, Assistant Attorney General, West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

GROSS, GERBER and LEVINE, JJ., concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***